1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California  92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Walter Beam and Stephanie A. Beam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C06-1649 (CRB)**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| **WALTER BEAM AND STEPHANIE A. BEAM,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation,**<br><br>**Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, **WALTER BEAM AND STEPHANIE A. BEAM** and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

-1-

1 | Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with
2 | each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009                ROBINSON, CALCAGNIE & ROBINSON

By: _Mark P. Robinson, Jr._
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Walter Beam and
Stephanie A. Beam

DATED: Oct. 22, 2009                    DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 28 2009

Hon. Charles R. Breyer
United States District Court

-2-